FRED W. TUEMMLER et al., Respondents, v. MARION SYVRUD, Also Known as Marion Hillis, Appellant.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.